Commonwealth *v.* James, Appellant.

Sub-mitted September 11, 1967. *Robert James,* appellant, in propria persona; *Walter M. Phillips, Jr.* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

MONTGOMERY, J., would grant a new trial.

Commonwealth *v.* Jamison, Appellant.

Submitted September 11, 1967. *Elliott Jamison,* appellant, in propria persona; *John J. Collins,* Assistant District Attorney, and *Ward F. Clark,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Jamison, Appellant.

Argued September 18, 1967. *Anthony J. McMahon,* Assistant Defender, with him *George A. Johnson* and *Melvin Dildine,* Assistant Defenders, and *Herman I. Pollock,* Defender, for appellant; *Alan J. Davis,* Assistant District Attorney, with